# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**546**

**CA 11-02409**

PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, AND SCONIERS, JJ.

---

NEW YORK STATE THRUWAY AUTHORITY,
PLAINTIFF-APPELLANT,

V                                                                    ORDER

KTA-TATOR ENGINEERING SERVICES, P.C.,
DEFENDANT-RESPONDENT.

---

ROACH, BROWN, MCCARTHY & GRUBER, P.C., BUFFALO (SERRA A. AYGUN OF COUNSEL), FOR PLAINTIFF-APPELLANT.

PHILLIPS LYTLE LLP, BUFFALO (WILLIAM D. CHRIST OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), dated April 19, 2011. The order granted the motion of defendant for summary judgment and dismissed the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: April 20, 2012                                    Frances E. Cafarell
                                                           Clerk of the Court